IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. MAGISTRATE JUDGE GORDON P. GALLAGHER

Criminal Case No. 14-po-00013-GPG
Date: August 6, 2015

UNITED STATES OF AMERICA,
Plaintiff,

vs.

ANTHONY R. GAZZILLO,
Defendant.

## ORDER

This matter is set for Arraignment on August 18, 2015 at 1:00 p.m. before Magistrate Judge Gordon P. Gallagher.

The United States Attorney is directed to prepare a Writ.

BY THE COURT:

Gordon P. Gallagher
MAGISTRATE JUDGE